IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TAPIA,

    Petitioner,           No. CIV S-08-2304 GGH P

  vs.

JAMES A. YATES,

    Respondent.         ORDER

_____/

       By order filed February 10, 2009, petitioner was ordered to show cause, within thirty days, why respondent's December 19, 2008, motion to dismiss should not be granted. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

       IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: March 30, 2009

                            /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:035
tapi2304.fsc

1